■ In the Matter of CARMELO TRAPANI, Petitioner, v WATERFRONT COMMISSION OF NEW YORK HARBOR et al., Respondents.—Proceeding pursuant to CPLR article 78 to review a determination of the respondent Waterfront Commission of New York Harbor, dated October 14, 1977, which, after a hearing, revoked petitioner's registration as a longshoreman. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. The determination was supported by substantial evidence and the penalty of revocation is not shocking to one's conscience (see *Matter of Pell v Board of Educ.,* 34 NY2d 222). We have considered petitioner's remaining argument and find no merit in it. Titone, J. P., Rabin, Gulotta and Cohalan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL V. CLOCK, Appellant.—Appeal by defendant from a judgment of the County Court, Nassau County, rendered November 10, 1976, convicting him of sexual abuse in the first degree, upon a jury verdict, and imposing sentence. Judgment affirmed (see *People v Iannone,* 45 NY2d 589; *People v Jackson,* 46 NY2d 721). Mollen, P. J., Latham, Suozzi, Gulotta and Cohalan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES DI CIERVO and MATTHEW CHIARELLO, Appellants.—Two judgments (one as to each defendant) of the Supreme Court, Queens County, both rendered January 5, 1978, affirmed. No opinion. This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J. P., Titone, Suozzi and Shapiro, JJ., concur.